IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

THOMAS ALONZO BOLIN,

         Defendant.

---

19-CR-6072DGL

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 1001(a)(2)

(1 Count and Forfeiture Allegation)

## COUNT 1

**(False Statements)**

**The United States Attorney Charges That:**

On or about March 30, 2019, in the Western District of New York, the defendant, **THOMAS ALONZO BOLIN,** in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, that is, the defendant stated to a Special Agent and Task Force Officers of the Federal Bureau of Investigation that he did not possess any firearms in New York State, whereas in truth and in fact, and as the defendant then and there well knew, he was in possession of a Mossberg, Model 590, 12-gauge shotgun, bearing serial number V0853179, in his bedroom closet at 34 Third Avenue, Greece, New York.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offense listed in this Information, the defendant, **THOMAS ALONZO BOLIN**, shall forfeit to the United States, all of his right, title and interest in any firearm involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

i. one (1) Mossberg, Model 590, 12-gauge shotgun, bearing serial number V0853179, seized at 34 Third Avenue, Greece, New York, on March 30, 2019; and

ii. 39 rounds of shotgun ammunition seized at 34 Third Avenue, Greece, New York, on March 30, 2019.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED:   Rochester, New York, May 14, 2019.

                                    JAMES P. KENNEDY, JR.
                                    United States Attorney

BY:   _/s/ Brett A. Harvey_
            BRETT A. HARVEY
            Assistant United States Attorney
            United States Attorney's Office
            Western District of New York
            100 State Street, Suite 500
            Rochester, New York 14614
            (585) 399-3949
            Brett.Harvey@usdoj.gov