UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

THOMAS ALONZO BOLIN,

        Defendant.

19-CR-6072L

---

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 20, 2019, this Court entered a Preliminary Order of Forfeiture against:

    a.    one (1) Mossberg, Model 590, 12-gauge shotgun, bearing serial number V0853179, seized at 34 Third Avenue, Greece, New York, on March 30, 2019; and

    b.    39 rounds of shotgun ammunition seized at 34 Third Avenue, Greece, New York, on March 30, 2019

pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 924(d) and 3665, Title 28, United States Code, Section 2461(c) and the provisions of Title 21, United States Code, Section 853, and based upon the defendant's guilty plea to a one-count Information (docket #19-CR-6072) on or about May 14, 2019;

AND WHEREAS, for the 30-day period between May 24, 2019, and June 22, 2019, the United States published on an official government forfeiture website, namely www.forfeiture.gov, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the first date of publication for a hearing to

adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, the sixty-day period to file a claim expired on July 23, 2019, and no persons have filed a petition with the Court seeking a hearing to adjudicate the validity of their interests in the property;

NOW THEREFORE pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), Title 18, United States Code, Sections 924(d) and 3665, Title 28, United States Code, Section 2461(c) and the provisions of Title 21, United States Code, Section 853,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that all right, title, and interest in:

a. one (1) Mossberg, Model 590, 12-gauge shotgun, bearing serial number V0853179, seized at 34 Third Avenue, Greece, New York, on March 30, 2019; and

b. 39 rounds of shotgun ammunition seized at 34 Third Avenue, Greece, New York, on March 30, 2019

is hereby forever removed, discharged, condemned, and forfeited to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that the United States Marshals Service or any other duly authorized law enforcement officer shall dispose of the property in accordance with law.

Dated: September 16, 2019, at Rochester, New York.

_____
HON. DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE